■ LORRAINE TEXTILE SPECIALTIES, INC., Respondent, v. EDGEWATER MACHINE CO., INC., Appellant. — Motion for leave to appeal to the Appellate Division denied, without costs. Present — Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. TYLER TOULON, Appellant. — Motion referred to the court that rendered the decision of December 3, 1956. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ. Motion for reargument denied. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ.

■ KATHERINE R. BALMER, Appellant, v. FREDERICK J. BALMER, Respondent. — Appeal from an order which, *inter alia,* directed respondent to file an undertaking as security and, upon the filing of such undertaking, stayed appellant pending the hearing and determination of an appeal from a modified judgment of divorce increasing the amount of alimony (Civ. Prac. Act, §§ 594, 615). Order affirmed, without costs. No opinion. Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ., concur.

■ GOLDIE FAEBER, Appellant, v. PARK-ROCHESTER CORPORATION, Respondent. — In an action to recover damages for personal injuries, the appeal is from so much of an order on reargument as denied a motion for leave to amend the complaint. Order modified by striking from the ordering paragraph everything following the words " upon reargument" and by substituting therefor the words " the motion for leave to amend the complaint be and the same hereby is granted ". As so modified, order insofar as appealed from affirmed, without costs. Appellant should be allowed to allege that the place of the accident was a multiple dwelling and that she was not guilty of contributory negligence. Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.. concur.

■ In the Matter of the General Assignment for the Benefit of Creditors of PANZARELLA CONSTRUCTION CO., INC., Assignor. to DAVID PETERMAN, Respondent. PUTNAM MASON SUPPLIES CO., INC., Appellant. — Appeal from an order denying appellant's motion to compel respondent to indorse a check to appellant, a creditor which invokes a prior assignment to it by the assignor. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ., concur. [11 Misc 2d 211.]

## THIRD DEPARTMENT, SEPTEMBER, 1958

### (September 29, 1958)

■ In the Matter of the Claim of JOSEPH HAMPLE, Respondent, against ST. LUKE'S HOSPITAL et al., Appellants, and MACK INTERNATIONAL MOTOR TRUCK Co. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for reargument, or in the alternative, for permission to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THEODORE G. DALEY, Individually and as Secretary-Treasurer of Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America, Local Union No. 445, et al., Respondents, v. FRANCIS L. STICKEL, Individually and as Secretary-Treasurer of Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America, Local Union No. 445, et al., Appellants.— Motion for a stay denied, without costs. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.